UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

**LESLIE J. REYNARD,**
    **Plaintiff,**
**v.**                                                           **LEAD CASE**
                                                                **Case No. 19-cv-4012-HLT**

**WASHBURN UNIVERSITY OF TOPEKA,**
    **Defendant.**

**LESLIE J. REYNARD,**
    **Plaintiff,**
**v.**                                                           **Case No. 19-cv-4061-HLT**

**WASHBURN UNIVERSITY OF TOPEKA,**
    **Defendant.**

**LESLIE J. REYNARD,**
    **Plaintiff,**
**v.**                                                          **Case No. 20-cv-02219-HLT**

**WASHBURN UNIVERSITY OF TOPEKA,**
    **Defendant.**

### APPLICATION FOR TRANSCRIPT OF RECORDING OF COURT PROCEEDING

On November 23, 2022, this Court granted Plaintiff's Application [Document No. 169] for reproduction of certain recordings of proceedings [Document No. 172] in the captioned consolidated case. Plaintiff reviewed and transcribed the available recordings and supplied Defendant's counsel with copies. Plaintiff now has been advised by Order of the 10th Circuit Court of Appeals [Document 010110789647, filed 12/27/22] that a transcript prepared and certified by a court reporter will be required in order to consider Plaintiff's request to supplement the record on appeal. Plaintiff requests that this Court grant this Application for formal transcription of this District Court telephone proceeding:

        **ECF #130 – March 25, 2022 Final Pretrial (telephone) Conference**

Plaintiff requests a court-reporter-prepared transcription of this recording for inclusion in the record because while details of the recorded pretrial conference (held by telephone) corroborate

her notes and recollection, the transcript will provide a more complete, reliable, and credible record than a declaration of her recollection would.

Plaintiff, proceeding *pro* se, also requests that this Court authorize transcription of this recording to Plaintiff without charge, based upon her *in forma pauperis*[1] status in this case. This request is made pursuant to Fed. R. App. P. 10(b)(1)(A), insofar as this element of the proceedings is not already on file, no transcript currently exists but could be prepared, and Plaintiff considers it necessary for her appeal.

Under 28 U.S.C. §1915(c), if a party is proceeding *in forma pauperis*, the Court may direct payment by the United States of the expenses for "preparing a transcript of proceedings before a United States magistrate judge in any civil or criminal case, if such transcript is required by the district court, in the case of proceedings conducted under § 636(b) of this title or under § 3401(b) of title 18, United States Code." Plaintiff had hoped to avoid the expense of formal transcriptions of all of the previously requested recordings and was able to eliminate the need for formal transcription of the other recordings.

Defendant does not oppose an order for a court-reporter-prepared transcript of the March 25, 2022, pretrial conference.

The Transcript Order Form originally filed 11-19-22 [Document No. 169] and Plaintiff's informal transcript of the 3-23-22 recording the Court provided are attached to this Application.

Respectfully submitted,
/s/ **Leslie J. Reynard**
Leslie J. Reynard, Ph.D., Plaintiff *pro se*
791 E. 1217 Rd.
Lawrence, KS  66047
618-616-7379
LJRvWU@protonmail.com

---

[1] *See* April 8, 2022 Motion for Leave to Proceed *in Forma Pauperis*. (ECF #132), April 27, 2022 Memorandum and Order granting Motion. (ECF #140), and the Court's approval of Plaintiff's appeal *in forma pauperis* [Docket Annotation., ECF #82]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that these documents 1. Application for Transcription of Recordings of Court Proceeding, 2. previous Transcript Order Form and 3. Informal Transcription of March 25, 2022 Final Pretrial (Telephone) Conference were submitted to the District Court Clerk to be filed electronically this 4th day of January 2023, thereby providing notice to:

>Susan M. Mauch, Esq.
>Cameron Bernard, Esq.
>GOODELL STRATTON EDMONDS & PALMER LLP
>Attorneys for Defendant
>515 S. Kansas Ave.
>Topeka, KS 66603
>Telephone: (785) 233-0593
>Fax: (785) 233-8870

These documents were also sent U.S. Mail to the U.S. Court of Appeals for the Tenth Circuit:
>Office of the Clerk
>Byron White United States Courthouse
>1823 Stout Street
>Denver, CO 80257

>*/s/ Leslie J. Reynard*
>***Pro Se* Plaintiff**