UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| LESLIE J. REYNARD,<br>    Plaintiff,<br>v.<br>WASHBURN UNIVERSITY OF TOPEKA,<br>    Defendant. | | LEAD CASE<br>Case No. 19-cv-4012-HLT |
| LESLIE J. REYNARD,<br>    Plaintiff,<br>v.<br>WASHBURN UNIVERSITY OF TOPEKA,<br>    Defendant. | | Case No. 19-cv-4061-HLT |
| LESLIE J. REYNARD,<br>    Plaintiff,<br>v.<br>WASHBURN UNIVERSITY OF TOPEKA,<br>    Defendant. | | Case No. 20-cv-02219-HLT |

RECEIVED
United States Court of Appeals
Tenth Circuit
JAN 09 2023
CHRISTOPHER M. WOLPERT
Clerk

## APPLICATION FOR TRANSCRIPT OF RECORDING OF COURT PROCEEDING

On November 23, 2022, this Court granted Plaintiff's Application [Document No. 169] for reproduction of certain recordings of proceedings [Document No. 172] in the captioned consolidated case. Plaintiff reviewed and transcribed the available recordings and supplied Defendant's counsel with copies. Plaintiff now has been advised by Order of the 10th Circuit Court of Appeals [Document 010110789647, filed 12/27/22] that a transcript prepared and certified by a court reporter will be required in order to consider Plaintiff's request to supplement the record on appeal. Plaintiff requests that this Court grant this Application for formal transcription of this District Court telephone proceeding:

**ECF #130 – March 25, 2022 Final Pretrial (telephone) Conference**

Plaintiff requests a court-reporter-prepared transcription of this recording for inclusion in the record because while details of the recorded pretrial conference (held by telephone) corroborate

1

her notes and recollection, the transcript will provide a more complete, reliable, and credible record than a declaration of her recollection would.

Plaintiff, proceeding *pro se*, also requests that this Court authorize transcription of this recording to Plaintiff without charge, based upon her *in forma pauperis*[1] status in this case. This request is made pursuant to Fed. R. App. P. 10(b)(1)(A), insofar as this element of the proceedings is not already on file, no transcript currently exists but could be prepared, and Plaintiff considers it necessary for her appeal.

Under 28 U.S.C. §1915(c), if a party is proceeding *in forma pauperis*, the Court may direct payment by the United States of the expenses for "preparing a transcript of proceedings before a United States magistrate judge in any civil or criminal case, if such transcript is required by the district court, in the case of proceedings conducted under § 636(b) of this title or under § 3401(b) of title 18, United States Code." Plaintiff had hoped to avoid the expense of formal transcriptions of all of the previously requested recordings and was able to eliminate the need for formal transcription of the other recordings.

Defendant does not oppose an order for a court-reporter-prepared transcript of the March 25, 2022, pretrial conference.

The Transcript Order Form originally filed 11-19-22 [Document No. 169] and Plaintiff's informal transcript of the 3-23-22 recording the Court provided are attached to this Application.

Respectfully submitted,
/s/ ***Leslie J. Reynard***
Leslie J. Reynard, Ph.D., Plaintiff *pro se*
791 E. 1217 Rd.
Lawrence, KS  66047
618-616-7379
LJRvWU@protonmail.com

---

[1] See April 8, 2022 Motion for Leave to Proceed *in Forma Pauperis.* (ECF #132), April 27, 2022 Memorandum and Order granting Motion. (ECF #140), and the Court's approval of Plaintiff's appeal *in forma pauperis* [Docket Annotation., ECF #82]

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that these documents 1. Application for Transcription of Recordings of Court Proceeding, 2. previous Transcript Order Form and 3. Informal Transcription of March 25, 2022 Final Pretrial (Telephone) Conference were submitted to the District Court Clerk to be filed electronically this 4th day of January 2023, thereby providing notice to:

>Susan M. Mauch, Esq.
>Cameron Bernard, Esq.
>GOODELL STRATTON EDMONDS & PALMER LLP
>Attorneys for Defendant
>515 S. Kansas Ave.
>Topeka, KS 66603
>Telephone: (785) 233-0593
>Fax: (785) 233-8870

These documents were also sent U.S. Mail to the U.S. Court of Appeals for the Tenth Circuit:
>Office of the Clerk
>Byron White United States Courthouse
>1823 Stout Street
>Denver, CO 80257

>>*/s/ Leslie J. Reynard*
>>***Pro Se* Plaintiff**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

LESLIE J. REYNARD,
    Plaintiff,
v.                                                                           **LEAD CASE**
Case No. 19-cv-4012-HLT
WASHBURN UNIVERSITY OF TOPEKA,
    Defendant.

---

LESLIE J. REYNARD,
    Plaintiff,
v.                                                                         Case No. 19-cv-4061-HLT

WASHBURN UNIVERSITY OF TOPEKA,
    Defendant.

---

LESLIE J. REYNARD,
    Plaintiff,
v.                                                                         Case No. 20-cv-02219-HLT

WASHBURN UNIVERSITY OF TOPEKA,
    Defendant.

## Request for Transcript of Recording of Proceeding
## [Proposed] ORDER

Plaintiff requests that the Court order a court-reporter-prepared transcript of the recording of the following District Court proceeding held by telephone provide free access to this transcript to Plaintiff based upon her *in forma pauperis*[1] status in this case.

    **ECF #130 - March 25, 2022 Final Pretrial (telephone) Conference**

This request is made pursuant to Fed. R. App. P. 10(b)(1)(A),

Plaintiff's previous transcript request for five audio-recordings [Document No. 169] was granted on October 23, 2022 [Document No. 172]. Upon reviewing those recordings, Plaintiff now requests a court-reporter-prepared transcription of the above-identified recording for inclusion in the record on appeal; while details of the recorded pretrial telephone conference

1

corroborate her notes and recollection, the transcript is needed to provide a more complete, reliable and credible record than a declaration of her recollection would. Such a transcript will comply with the Rules of the Tenth Circuit Court of Appeals to supplement the record.

Under 28 U.S.C. §1915(c), if a party is proceeding *in forma pauperis*, the Court may direct payment by the United States of the expenses for "preparing a transcript of proceedings before a United States magistrate judge in any civil or criminal case, if such transcript is required by the district court, in the case of proceedings conducted under § 636(b) of this title or under § 3401(b) of Title 18, United States Code."

Plaintiff has been authorized to proceed *in forma pauperis* pursuant to U.S.C.§ 1915(a)(1). (ECF #140). The requested transcript is of the final pretrial conference (ECF #130), an element of a proceeding in a civil case conducted under 28 U.S.C. § 636(b) by the undersigned Magistrate Judge, and the undersigned Magistrate Judge hereby requires that a court-reporter-prepared transcript be provided to the parties. It thus appears that § 1915(c) authorizes Plaintiff to obtain, without charge, access to this transcript. Thus, the Court finds that the expense for providing access to the recordings of the March 25, 2022 pretrial telephone conference should be paid by the United States pursuant to 28 U.S.C. 1915(c).

**IT IS THEREFORE ORDERED** that Plaintiff's request for a court-reporter-prepared transcript of this proceeding without charge is granted pursuant to 28 U.S.C. § 1915(c).

### ECF #130 - March 25, 2022 Final Pretrial (telephone) Conference

The court clerk is directed to provide Plaintiff the requested transcript without charge.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this _____ day of January, 2023.

                                                  Teresa J. James
                                                U. S. Magistrate Judge

FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

December 27, 2022

Christopher M. Wolpert
Clerk of Court

LESLIE J. REYNARD,

    Plaintiff - Appellant,

v.

WASHBURN UNIVERSITY OF TOPEKA,

    Defendant - Appellee.

No. 22-3248
(D.C. Nos. 5:19-CV-04012-HLT,
5:19-CV-04061-HLT &
2:20-CV-02219-HLT)
(D. Kan.)

## ORDER

This matter is before the court on Appellant Leslie J. Reynard's *Motion to Supplement the Record on Appeal*, by which she seeks to supplement the record to include certain transcripts of the district court proceedings. The court notes that: (1) Appellant does not indicate Appellee's position on the motion, *but see* 10th Cir R. 27.1; and (2) the transcripts that Appellant attaches to the motion have been self-prepared, *but see* Fed. R. App. P. 10(b) and 10th Cir R. 10.2(B).

Upon consideration, the motion is denied without prejudice. It is only Appellant's duty to provide necessary transcripts. Appellant may renew her motion in compliance

Jan. 4, 2023

Responding to attached Order in 22-3248:

This informational copy of Application & Proposed Order filed w/ the KS District Court today (may / may not) be necessary for the Appeals Court files.

If so, please file & if not, please accept my apology.

Leslie Leopard
(pro se)*

*still learning.



Leslie Reynard
791 E. 1217 Rd.
Lawrence, KS 66047-9454



KANSAS CITY 640
4 JAN 2023

LUNAR NEW YEAR
FOREVER USA

Office of the Clerk
U.S. Court of Appeals for the
Tenth Circuit
Byron White US Courthouse
1823 Stout St.
Denver CO 80257

80257--